

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2019

No. 04-19-00018-CV

**THE MAYAN AT SAN MARCOS RIVER**, LLC and City of Martindale, Texas,
Appellants

v.

**CITY OF SAN MARCOS**, Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-0958-CV-A
Honorable Jessica Crawford, Judge Presiding

## O R D E R

Appellee has filed a motion for extension of time to file its brief. The motion is GRANTED. Appellee's brief is due June 24, 2019.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court